UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARMANDO ARCE,

    Plaintiff,

vs.                                                  Case No.:  3:25-cv-704-MCR-ZCB

THE FIRST JUDICIAL CIRCUIT
OF FLORIDA, et al.,

    Defendants.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on July 1, 2025. *See* ECF No. 8. The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this order.

1

2. The Plaintiff's "Motion for Preliminary Injunction or a Temporary Restraining Order Expedited Consideration Requested," ECF No. 7, is **DENIED**.

3. This case is recommitted to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**