UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARMANDO ARCE,

      Plaintiff,

v.                                                                   Case No.:  3:25-cv-704/MCR/ZCB

THE FIRST JUDICIAL CIRCUIT
OF FLORIDA, et al.,

      Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on October 17, 2025.  *See* ECF No. 19.  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1

1.      The magistrate judge's Report and Recommendation, ECF No. 19, is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 4(m) because Plaintiff has failed to timely serve Defendants.

3.      All pending motions are DENIED as moot.

4.      The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 18th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**